UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                         CASE NO. 8:19-cr-354-SDM-JSS

CHRISTOPHER DAY

### UNITED STATES' MOTION FOR VICTIM ACCOMMODATION AT SENTENCING

The United States of America respectfully requests that this Court allow the victims in this case to appear via zoom for the sentencing hearing on May 16, 2022. The victims requesting this accommodation are located in Vietnam. The last sentencing date was continued so that court personnel would have more advance notice in order to accommodate this request. Please allow this Motion to serve as such notice and request.

The United States has consulted with opposing counsel, Ronald Kurpiers, who objects to this request.

                                    Respectfully submitted,

                                    ROGER B. HANDBERG
                                    United States Attorney

                    By:   /s/ Candace Garcia Rich
                          Candace Garcia Rich
                          Assistant United States Attorney
                          Florida Bar No. 027792
                          400 N. Tampa Street, Suite 3200
                          Tampa, Florida 33602-4798
                          Telephone:  (813) 274-6000
                          Facsimile:  (813) 274-6358
                          E-mail:  candace.rich@usdoj.gov

U.S. v. DAY                                              Case No. 8:19-cr-354-SDM-JSS

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Ronald Kurpiers, Esq.

                                    */s/ Candace Garcia Rich*
                                    Candace Garcia Rich
                                    Assistant United States Attorney
                                    Florida Bar No. 027792
                                    400 N. Tampa Street, Suite 3200
                                    Tampa, Florida 33602-4798
                                    Telephone:  (813) 274-6000
                                    Facsimile:   (813) 274-6358
                                    E-mail:   candace.rich@usdoj.gov